**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RM TRANSNATIONAL LTD., <br><br> Plaintiff, <br><br> v. <br><br> CRAGIN & PIKE, INC., *et al.*, <br><br> Defendants. <br><br> ――――――――――――――――― <br><br> PRIME PROPERTY & CASUALTY INSURANCE, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> MANAL WILLIAM, <br><br> Third-Party Defendant. | Case No. 2:25-cv-14666 (MCA) (SDA) <br><br> Hon. Stacey D. Adams <br><br><br> **AMENDED SCHEDULING ORDER** |

  **THIS MATTER** having come before the Court for a status conference before the undersigned on May 21, 2026 on the record, and for good cause shown:

  **IT IS, on this 22nd day of May, 2026, hereby ORDERED** as follows:

1. Attorney Dimitri Teresh, Esq. was expected to file a notice of appearance on behalf of Plaintiff by close of business on **May 21, 2026** or Attorney Teresh would be barred from appearing in future proceedings in this matter until said notice of appearance was filed.

2.    Third-Party Defendant Manal William shall file an answer by **May 26, 2026**, or Defendant/Third-Party Plaintiff Prime Property & Casualty Insurance, Inc. ("Prime") is granted leave to file entry of default against him.

3.    Plaintiff shall serve verified responses to Defendant Cragin & Pike's discovery requests by **May 26, 2026**.

4.    Prime shall serve discovery requests on Plaintiff by **May 29, 2026**.

5.    Plaintiff shall serve discovery requests by **May 29, 2026**. If Plaintiff fails to comply with this deadline, discovery is waived.

6.    Counsel for the parties shall conduct an e-discovery conference pursuant to Local Civ. R. 26.1(d) by **June 12, 2026**.

7.    All other deadlines shall remain as scheduled in the Amended Scheduling Order entered on March 18, 2026. (ECF No. 22).

8.    These deadlines shall not be extended further absent exigent circumstances. There has been a repeated pattern of delay by Plaintiff and a reported lack of communication with its counsel. The Court will not allow this pattern to continue. If Plaintiff does not cooperate with counsel and comply with Court-Ordered deadlines moving forward, then the Court will consider sanctions, including possible dismissal of the Complaint. Attorney Teresh is directed to provide a copy of this Order to his client and explain the consequences of continued non-compliance.

9.    There shall be a status conference before Magistrate Judge Adams on **August 21, 2026 at 10:00 a.m.** via video conference. Microsoft Teams login credentials will

be provided. The parties shall provide a joint status update, no longer than 3 pages

in length, at least 5 business days before the conference.

*/s/ Stacey D. Adams*
Hon. Stacey D. Adams, U.S.M.J.