ECKERT SEAMANS
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
Princeton Pike Corporate Center
2000 Lenox Drive, Suite 203
Lawrenceville, NJ 08648

Mailing Address:
P.O. Box 5404
Princeton, NJ 08543

TEL 609 392 2100
FAX 609 392 7956
www.eckertseamans.com

File No.: 452731-00289

Jason S. Feinstein, Esq.
(609) 989-5057
jfeinstein@eckertseamans.com

August 18, 2026

***Via ECF***
Hon. Stacey D. Adams, U.S.M.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE: RM Transnational LTD v. Cragin & Pike, Inc., et al.**
**Civil Action No. 25-14666-MCA-SDA**

In connection with the status conference scheduled on August 21, 2026 at 10:00 a.m., the parties submit this joint status update.

Written discovery is mostly completed. Plaintiff has answered the written discovery requests of Cragin & Pike ("C&P"), but owes responses to the interrogatories of Prime Property & Casualty Insurance, Inc. ("Prime") and has yet to supply the documents that are responsive to the covering Response and Objections to the Request for Production. Additionally, plaintiff has indicated that it has identified additional materials, which consist of ESI. The parties have held an ESI conference and are largely in agreement with the terms of ESI production, and will provide the Court with a proposed order to that effect. In the interim, plaintiff will begin production of ESI prior to the August 21, 2026 conference subject to the general principles of the parties' agreed upon terms. Defendants have answered all written discovery requests. Once written discovery is completed, the parties will likely be in a position to commence fact depositions. Prime offers a caveat in that the documents may reflect a need to implead a related company, SM Transnational, as it may be that the operating authority under which the bus was travelling was that entity, which Prime believes is commonly owned by third-party defendant Manal William. The document discovery and interrogatory answers are expected to inform that inquiry. Given the number of anticipated witnesses and timing, the parties jointly request a short extension of the October 16, 2026 deadline for fact discovery.

We look forward to discussing the matter with Your Honor further at the conference.

Respectfully submitted,

*/s/ Jason S. Feinstein*
Jason S. Feinstein, Esq.

cc: All Counsel (via ECF)