**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

RM TRANSNATIONAL LTD.,,

Plaintiff,

v.

CRAGIN & PIKE, INC., *et al.*,

Defendants.

PRIME PROPERTY & CASUALTY INSURANCE, INC.,

Third-Party Plaintiff,

v.

MANAL WILLIAM,

Third-Party Defendant.

Civil Action No. 2:25-cv-14666-MCA-SDA

Hon. Stacey D. Adams

**AMENDED SCHEDULING ORDER**

**THIS MATTER** having come before the Court for a status conference before the undersigned on August 21, 2026, and for good cause shown::

**IT IS, on this 24th day of August, 2026, hereby ORDERED** as follows:

1. Plaintiff shall serve its document production (including but not limited to any electronically stored information ("ESI")) in response to Defendant Prime Property & Casualty Insurance, Inc.'s discovery requests by **August 28, 2026**.
2. The deadline for fact discovery is extended to **November 30, 2026**.
3. The deadline for expert discovery shall be held in abeyance pending completion of fact discovery.

4. There shall be a status conference before the undersigned via video conference on **December 4, 2026 at 2:30 p.m.** The parties shall file a joint status letter, no longer than three (3) pages in length, no later than five (5) business days before the conference. Microsoft Teams login credentials will be provided.

***/s/ Stacey D. Adams***
Hon. Stacey D. Adams, U.S.M.J.